# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3021**                                    **September Term, 2022**

**1:13-cr-00203-RJL-6**

**Filed On:** November 29, 2022

United States of America,

        Appellee

        v.

Keith Matthews, also known as Bang, also
known as Bain, also known as Bane,

        Appellant


    **BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges


# O R D E R

    Upon consideration of appellant's petition for panel rehearing filed on October 21, 2022, and the response thereto, it is

    **ORDERED** that the petition be granted.  It is

    **FURTHER ORDERED** that the opinion issued September 6, 2022, be amended to clarify that the Court has not resolved the question of how sections 3583(g)(1) and 3583(d) of Title 18 interact in the circumstances of this case.

    The Clerk is directed to issue the amended opinion.  The Clerk is further directed to issue the mandate forthwith.


        **Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk